IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD GAUSE,              : | |
|     Plaintiff          : | |
|     v.                         : | Case No. 3:23-cv-87-KAP |
| PENNSYLVANIA DEPARTMENT OF  : | |
| CORRECTIONS, *et al.*,       : | |
|     Defendants        : | |

<u>Memorandum Order</u>

Since plaintiff is not proceeding *in forma pauperis*, he must serve the defendants as provided in Fed.R.Civ.P. 4(m):

    If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

    Plaintiff must effect proper service under Rule 4 on defendants and make proof of service under Rule 4(l)(1) on or before September 4, 2023, or the complaint will be dismissed without prejudice as provided in Rule 4(m) as to any defendant not served. If plaintiff wants the Marshal to make service (at plaintiff's expense) on the defendants he should file a motion requesting an order to that effect.

DATE:  June 1, 2023

                                          Keith A. Pesto,
                                          United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Edward Gause LB-4747
S.C.I. Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698